HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: tmf@hassard.com

Attorneys for Defendants
DAVOL INC. and C.R. BARD, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LEONARD RALSTON, ANGELITA RALSTON, EMERSON RALSTON, and BYRON RALSTON<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL INC., C.R. BARD, INC., LODI MEMORIAL HOSPITAL, NAGUI SOROUR, M.D., and DOES 1 to 20,<br><br>Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: July 10, 2008

HASSARD BONNINGTON LLP

By /s/ Thomas M. Frieder
Thomas M. Frieder
Attorneys for Defendants DAVOL INC. and C.R. BARD, INC.

## PROOF OF SERVICE

**Case Name:** **Ralston et al. vs. Davol Inc., et al.**

**Court:** **United States District Court**
**Eastern District of California**
**Sacramento Division**

**Case No.:**

1. At the time of service I was over 18 years of age and not a party to this action.
2. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111-3941.
3. On **July 10, 2008**, I served the following documents:

**CORPORATE DISCLOSURE STATEMENT**

4. I served the documents on the **persons** below as follows:

VICTOR F. STEFAN, ESQ.
THE BOCCARDO LAW FIRM LLP
111 W. St. John Street, Suite 400
San Jose, CA 95113
(408) 298-5678 (Phone)
(408) 298-7503 (Fax)

5. The documents were served by the following means (specify):

____ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening. The time of service was ________.

_X_ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

____ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

____ **By messenger service**. I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

____ **By fax transmission.** I faxed the documents to the person at the fax numbers listed in item 4. No error was reported by the fax machine that I used. .

____ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **July 10, 2008**

Esther Hom
Esther Hom