HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: tmf@hassard.com

Attorneys for Defendants
DAVOL INC. and C.R. BARD, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

LEONARD RALSTON, ANGELITA RALSTON, EMERSON RALSTON, and BYRON RALSTON

Plaintiffs,

v.

DAVOL INC., C.R. BARD, INC., LODI MEMORIAL HOSPITAL, NAGUI SOROUR, M.D., and DOES 1 to 20,

Defendants.

Case No. 2:08-at-780

**CERTIFICATE OF SERVICE**

I, Esther Hom, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Hassard Bonnington LLP, Two Embarcadero Center, Suite 1800, San Francisco, California, which is located in the city, county and state where the mailing described below took place.

On **July 10, 2008**, I deposited copies of the documents listed below by placing same in an envelope with postage prepaid and deposited in the United States mail at San Francisco, California, addressed to:

Victor F. Stefan, Esq.
The Boccardo Law Firm LLP
111 W. St. John Street
Suite 400
San Jose, CA 95113

The documents served are as follows:

1. Defendant Davol Inc.'s and Defendant C.R. Bard, Inc.'s Notice of Removal.

2. Corporate Disclosure Statement.

3. Civil Cover Sheet.

4. Defendant Davol Inc.'s and Defendant C.R. Bard, Inc.'s Answer and Affirmative Defenses and Demand for Jury Trial.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 10, 2008**.

Esther Hom
Esther Hom