Scott A. Ginns, Esquire - California State Bar No. 131910
CASSEL MALM FAGUNDES
6 El Dorado South, Suite 601
Stockton, CA 95202
Telephone: (209) 870-7900
Facsimile: (209) 870-7922
E-mail: scottg@cmf-law.com

Attorneys for Defendant
NAGUI N. SOROUR, M.D.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LEONARD RALSTON, ANGELITA RALSTON, EMERSON RALSTON and BYRON RALSTON,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVOL, INC., C.R. BARD, INC., LODI MEMORIAL HOSPITAL, and NAGUI SOROUR, M.D., and DOES 1 to 20,<br><br>Defendants. | Case No.: 2:08-CV-01594-MCE-EFB<br><br>**DESIGNATION OF COUNSEL FOR SERVICE (Local Rule 83-182)** |

PLEASE TAKE NOTICE that designated counsel for service for defendant NAGUI SOROUR, M.D., is as follows:

Scott A. Ginns, Esquire, State Bar No. 131910
CASSEL MALM FAGUNDES
6 El Dorado South, Suite 601
Stockton, CA 95202
Telephone: (209) 870-7900
Facsimile: (209) 870-7922
E-mail: scottg@cmf-law.com

DATED: August 7, 2008

CASSEL MALM FAGUNDES

By: /s/ Scott A. Ginns
Scott A. Ginns
Attorneys for Defendant
NAGUI N. SOROUR, M.D.