CIVIL, CLOSED

# U.S. District Court
# Eastern District of California − Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01594−MCE−EFB

Ralston et al v. Davol Inc. et al
Assigned to: Judge Morrison C. England, Jr
Referred to: Magistrate Judge Edmund F. Brennan
Case in other court: San Joaquin County Superior Court, 39−02008−00185831−CU−
Cause: 28:1332 Diversity−Product Liability

Date Filed: 07/10/2008
Date Terminated: 08/28/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Leonard Ralston** represented by **Victor F. Stefan**
Boccardo Law Firm
111 W. St. John Street
Suite 400
San Jose, CA 95113
408−298−5678
Fax: 408−298−7503
Email: tstefan@boccardo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelita Ralston** represented by **Victor F. Stefan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emerson Ralston** represented by **Victor F. Stefan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Byron Ralston** represented by **Victor F. Stefan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Thomas M. Frieder**
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800

San Franicsco, CA 94111−3993
415288−9800
Fax: 415288−9801
Email: tmf@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Thomas M. Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nagui Sorour**
*M.D.*
represented by **Scott A. Ginns**
Cassel Malm Fagundes
Six South El Dorado
Suite 601
Stockton, CA 95202
209−870−7910
Fax: 209−870−7922
Email: scottg@cmf−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lodi Memorial Hospital**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2008 | Ï 1 | NOTICE of REMOVAL from San Joaquin County Superior, case number 39−2008−00185831−CU−PL−STK. by Davol Inc., C.R. Bard, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Frieder, Thomas) Modified on 7/10/2008 (Duong, D). (Entered: 07/10/2008) |
| 07/10/2008 | Ï 2 | CIVIL COVER SHEET by Davol Inc., C.R. Bard, Inc. (Frieder, Thomas) (Entered: 07/10/2008) |
| 07/10/2008 | Ï 3 | Corporate DISCLOSURE STATEMENT of C.R. Bard, Inc. and Davol Inc. (Frieder, Thomas) Modified on 7/10/2008 (Duong, D). (Entered: 07/10/2008) |
| 07/10/2008 | Ï 4 | Answer and Affirmative Defenses and Demand for Jury Trial by dfts Davol Inc., C.R. Bard, Inc. (Frieder, Thomas) Modified on 7/10/2008 (Duong, D). (Entered: 07/10/2008) |
| 07/10/2008 | Ï 5 | CERTIFICATE of SERVICE of Notice to Adverse Party of Removal to Federal Court by dfts Davol Inc., C.R. Bard, Inc. (Frieder, Thomas) Modified on 7/10/2008 (Duong, D). (Entered: 07/10/2008) |
| 07/10/2008 | Ï 6 | CERTIFICATE of SERVICE by dfts Davol Inc., C.R. Bard, Inc. re 1 Notice of Removal − ATY, 4 Answer to Complaint, 2 Civil Cover Sheet, 3 Statement. (Frieder, Thomas) Modified on 7/10/2008 (Duong, D). (Entered: 07/10/2008) |
| 07/10/2008 | Ï | RECEIPT number #CAE200008581 $350.00 fbo Davol Inc. and C. R. Bard Inc by Thomas M. Frieder on 7/10/2008. (Duong, D) (Entered: 07/10/2008) |

| | | |
|---|---|---|
| 07/10/2008 | Ï 8 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms, # 2 VDRP Forms) (Duong, D) (Entered: 07/10/2008) |
| 07/10/2008 | Ï | SERVICE BY MAIL: 8 Civil New Case Documents for MCE served on Victor F. Stefan NCAED. (Duong, D) (Entered: 07/10/2008) |
| 07/11/2008 | Ï 9 | CERTIFICATE of SERVICE by Davol Inc., C.R. Bard, Inc. re 8 Civil New Case Documents for MCE. (Frieder, Thomas) (Entered: 07/11/2008) |
| 08/08/2008 | Ï 10 | NOTICE *Designation of Counsel for Service (Local Rule 83−182)* by Nagui Sorour. Attorney Ginns, Scott A. added. (Ginns, Scott) (Entered: 08/08/2008) |
| 08/28/2008 | Ï 11 | MDL TRANSFER ORDER, CASE TRANSFERRED to District of Rhode Island (in re: MDL 1842, Schedule CTO−26 Tag Along Actions). Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Waggoner, D) (Entered: 08/28/2008) |